UNITED STATES, Appellee

v

PAUL E. BERRY, Private First Class, U. S. Army, Appellant

17 USCMA 164, 37 CMR 428

No. 20,240

July 28, 1967

*Colonel Daniel T. Ghent, Major David J. Passamaneck,* and *Captain Robert R. Broxton* were on the pleadings for Appellant, Accused.

*Lieutenant Colonel David Rarick, Major John F. Webb, Jr.,* and *Captain William R. Steinmetz* were on the pleadings for Appellee, United States.

Opinion of the Court

PER CURIAM:

The petition for review is granted; the decision of the board of review is reversed; and the record of trial is returned to the Judge Advocate General of the Army. The board is directed to take action in accordance with our decision in United States v DuBay, 17 USCMA 147, 37 CMR 411.